**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 1, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00326-CV

---

### IN RE LISA SEARCY, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 22-FD-0345**

---

## MEMORANDUM OPINION

On May 9, 2023, relator Lisa Searcy filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Anne B. Darring, presiding judge of the 306th District Court of Galveston County, to vacate her March 17, 2022 order and return relator's children to her.

To obtain mandamus relief, a relator generally must show both that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal. *In re C.J.C.*, 603 S.W.3d 804, 811 (Tex. 2020) (orig. proceeding). A relator has the burden to provide the court with a record sufficient to establish her right to relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992) (orig. proceeding). Relator has failed to do so.

The Texas Rules of Appellate Procedure require a relator to provide "a certified or sworn copy" of certain documents, including any order complained of, any other document showing the matter complained of, and every document that is material to the relator's claim for relief that was filed in any underlying proceeding. *See* Tex. R. App. P. 52.3(k)(1)(A), 52.7(a)(1). Relator has not submitted any documents, including the March 17, 2022 order, with her petition. In the absence of the complained of order and any other document relevant to her request for relief, relator cannot meet her burden to demonstrate her right to a writ of mandamus.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Poissant.